IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**WAVE NEUROSCIENCE, INC.,**

    Plaintiff,

v.

**CHRISTOPHER N. BRADLEY,
PATRICK L. VOELKER,** and
**BRIAN STERN,**

    Defendants.

No. 3:19-cv-01413-MO

TEMPORARY
RESTRAINING ORDER

**MOSMAN, J.,**

On September 7, 2019, Plaintiff Wave Neuroscience ("Wave") filed a Motion for Temporary Restraining Order [15] which is supported by its Affidavit in Support of Motion [28]. A hearing on Wave's motion was held on September 10, 2019, during which Wave and Defendants presented arguments. For the reasons stated at the hearing and because Wave's supplemental declarations make a proper showing of irreparable harm, Wave's motion is GRANTED.

Defendants, their officers, agents, and employees, and all those in active concert or participation with Defendants are HEREBY DIRECTED TO provide Wave with:

    1.    All necessary login, passwords, secondary authentication, and encryption information necessary to access Wave's servers and software ecosystem.

2. Access and instructions or assistance necessary to return Wave's servers and software ecosystem to full operation as Defendants maintained them prior to September 3, 2019.

3. All current source code for the servers and software ecosystem.

No bond is ordered.

IT IS FURTHER ORDERED that all parties have been deemed served with this order upon its filing by the Court.

DATED this 12 day of September, 2019.

MICHAEL W. MOSMAN
Chief United States District Judge